No. 536. FREDERICK KERR *v.* FREDERICK TANINI TAGLIAVIA. October 25, 1920. Petition for a writ of certiorari to the Supreme Court of the State of New York denied.

*Mr. John H. Hazelton* for petitioner. *Mr. William C. Crane* for respondent.